# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re<br><br>Heartland Investors, Inc.,<br><br>　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 11-48180<br><br>Honorable Janet S. Baer |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, December 20, 2012, at 10:00 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Janet S. Baer, or any judge sitting in his stead, in Room 615 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the MOTION FOR ENTRY OF A FINAL DECREE CLOSING DEBTOR'S BANKRUPTCY CASE, a copy of which is hereby served upon you.

Dated:  December 5, 2012

　　　　　　　　　　　　　　　　　　　　　　　/s/ Daniel A. Zazove
　　　　　　　　　　　　　　　　　　　　　　　One of Debtor's Proposed Attorneys

Daniel A. Zazove, ARDC No. 3104117
Kathleen A. Stetsko, ARDC No. 6297704
dzazove@perkinscoie.com
Perkins Coie LLP
131 South Dearborn Street, Suite 1700
Chicago, IL  60603-5559
312.324.8400

78905-0001/LEGAL25309885.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re<br><br>Heartland Investors, Inc.,<br><br>　　　　　　Debtor. | Chapter 11<br><br>Case No. 11-48180<br><br>Honorable Janet S. Baer |

**MOTION FOR ENTRY OF A FINAL DECREE
CLOSING DEBTOR'S BANKRUPTCY CASE**

Heartland Investors, Inc. (the "Debtor") submits this motion (the "Motion") for entry of a final decree closing its bankruptcy case. In support of this Motion, the Debtor respectfully states as follows:

**Jurisdiciton and Venue**

1.　　　This Court exercised jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.　　　The statutory bases for the relief sought herein are section 350(a) of the United States Bankruptcy Code and Rule 3022-1 of the Local Rules for the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules").

**Background**

3.　　　On November 30, 2011 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

4.　　　On September 19, 2012, the Bankruptcy Court entered the Order Confirming Debtor's Second Amended Chapter 11 Plan ("Plan").

5. The Plan has been substantially consummated. All payments due to date have been made to allowed secured, unsecured and administrative expense claims in accordance with the Confirmed Plan. The Debtor acknowledges that it must pay the outstanding U.S. Trustee quarterly fees for the present quarter, which it expects to do prior to the hearing on this Motion.

6. Section 350(a) of the Bankruptcy Code provides in relevant part:

> "After an estate is fully administered and the court has discharged the trustee, the court shall close the case."

7. More than 7 days prior notice of the hearing on this motion has been severed upon the US Trustee and parties in interest.

WHEREFORE, the Debtor respectfully requests that this Court enter a final decree closing this Chapter 11 case upon notice as provided above and granting such other relief as is necessary and proper.

          Respectfully submitted,

          Heartland Investors, Inc.

Dated: December 5, 2012

          /s/ Daniel A. Zazove
          One of Debtor's Proposed Attorneys

Daniel A. Zazove, ARDC No. 3104117
Kathleen A. Stetsko, ARDC No. 6297704
dzazove@perkinscoie.com
Perkins Coie LLP
131 South Dearborn Street, Suite 1700
Chicago, IL  60603-5559
312.324.8400

## CERTIFICATE OF SERVICE

      I, Daniel A. Zazove, an attorney, certify that I caused to be served upon the parties named on the attached service list a true and correct copy of the NOTICE and MOTION OF DEBTOR FOR ENTRY OF A FINAL DECREE CLOSING DEBTOR'S BANKRUPTCY CASE to be served on the parties listed on the attached Service List via U.S. Mail.

Dated: December 5, 2012

                                              /s/ Daniel A. Zazove

**SERVICE LIST**

| | | |
|---|---|---|
| Ally Financial<br>c/o Ally Servicing LLC<br>P.O. Box 130424<br>Roseville, MN 55113-0004 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | BMO Harris Bank<br>Francis J. Pendergasst, III<br>Crowley & Lamb, P.C.<br>221 N. LaSalle St., Ste 1500<br>Chicago, IL 60601-1285 |
| Century Link QCC<br>Dept. Coor.<br>6000 Parkwood Place<br>Dublin, OH 43016-1213 | ComEd<br>Legal Revenue<br>Recovery/Claims Dept.<br>Three Lincoln Center<br>Villa Park, IL 60181-4204 | Dunn Martin Miller & Heathcock Ltd.<br>Attn: Michael Martin, Sr.<br>15 W. Jefferson St., Ste 300<br>Joliet, IL 60432-4317 |
| GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | HSBC Business Solutions<br>Attn: Bankruptcy Notice<br>One HSBC Center, 12th Fl.<br>Buffalo, NY 14203-2843 | Home Depot Credit Svcs<br>Attn: Citi Cards Private Label Bky<br>PO Box 20483<br>Kansas City, MO 64195-0483 |
| Ice Mountain<br>#216<br>6661 Dixie Hwy, Suite 4<br>Buffalo, NY 14203 | Illinois Bell Telephone Company<br>c/o AT&T Services Inc<br>James Grudus, Esq.<br>One AT&T Way<br>Room 3A218<br>Bedminster, NJ 07921-2693 | Lowes<br>485 Lake Mirror Rd.<br>Bldg. #700<br>Atlanta, GA 30349-6057 |
| Michael J. Michelin<br>729 Pinceton Ave<br>Villa Park, IL 60181 | (p) Sprint Nextel Correspondence<br>Attn: Bankruptcy Dept.<br>PO Box 7949<br>Overland Park, KS 66207-0949 | Nicor Gas<br>2019 Corporate Lane<br>Suite 159<br>Naperville, IL 60563-9748 |
| Pitney Bowes<br>500 Ross St., Suite 154-0470<br>Pittsburgh, PA 15262-0001 | Pomp's Tire Service Inc.<br>PO Box 1630<br>1123 Cedar Street<br>Green Bay, WI 54301-4703 | Patrick S. Layng<br>Office of the U.S. Trustee<br>219 S. Dearborn St., Room 873<br>Chicago, IL 60604-1702 |